UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUL 15 PM 3: 48

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JOHNNY SINGLETON | CIVIL ACTION |
| VERSUS | NO. 04-1995 |
| | SECTION |
| NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK AND CANADIAN NATIONAL RAILWAY COMPANY | MAGISTRATE SECT. T MAG. 3 |

*************************************************************************

PETITION FOR DAMAGES

THE petition of JOHNNY SINGLETON, a full age resident of the City of Clinton, State of Mississippi respectfully avers:

1.

Defendant, NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK is a foreign corporation organized under laws other than the State of Louisiana but doing business in this parish and state and, at all pertinent times hereto, operated the "City of New Orleans" a passenger train operating between New Orleans and Chicago; defendant, CANADIAN NATIONAL RAILWAY COMPANY is a foreign corporation organized under laws other than this parish and state and, at all pertinent times hereto, owned a stretch of railway track in Flora, Mississippi where the "City of New Orleans" train derailed.

2.

That said defendants are justly and truly indebted unto your petitioner for the sum of THREE HUNDRED THOUSAND AND NO DOLLARS ($300,000.00) for legal interest thereon

___ Fee _150.00_ (2) SMS
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

and for costs and for the following reasons, to wit:

3.

On or about April 6, 2004, plaintiff boarded NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK's "City of New Orleans" train in New Orleans and was northbound to Chicago when, suddenly and without warning the train derailed at about 6:35 p.m. at milepost 195.6 near Flora, Mississippi.

4.

Petitioner avers that the sole and proximate cause of the train's derailment was the poor condition of the CANADIAN NATIONAL RAILWAY COMPANY's tracks and the negligence of the conductor of the "City of New Orleans" train owned by NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK in failing to maintain a proper look out for defective train tracks.

5.

As a result of the aforementioned accident and as a direct and proximate cause thereof, your petitioner sustained the following injuries and damages:

<u>JOHNNY SINGLETON</u>

    Acute cervical and lumbar strain;

    Strain of both shoulders

    Numerous contusions of the face and body;

    Strain of both knees

    Emotional stress and strain;

    Anxiety and traumatic stress syndrome.

6.

Your petitioner itemizes his damages as follows:

Past, present and future medicals - $50,000

Past, present and future lost wages - $50,000

Pain and suffering, emotional stress and strain - $150,000

Mental anguish - $50,000

7.

Petitioner avers amicable demand upon your defendants to no avail.

8.

Petitioner demand trial by jury in accordance with the Federal Rules of Civil Procedure

WHEREFORE, petitioner prays that a copy of this petition be served upon each defendant herein; that they be duly cited to appear and answer same and, after all legal delays and due proceedings had there be judgment in favor of plaintiff, JOHNNY SINGLETON and against defendants, NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK and CANADIAN NATIONAL RAILWAY COMPANY, jointly, severally and in solido for the sum of THREE HUNDRED THOUSAND DOLLARS AND NO/100 ($300,000.00) together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings,

for trial by jury and for all general and equitable relief.

Respectfully submitted,

_____
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, JOHNNY
SINGLETON

PLEASE SERVE:

NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A AMTRAK
Through the Louisiana Long Arm Statute
Through its agent for service of process:
Mr. David L. Gunn
President & CEO
60 Massachusetts Ave., N.E.
Washington, D.C.  20002

CANADIAN NATIONAL RAILWAY COMPANY
Through the Louisiana Long Arm Statute
Through its proper agent:
E. Hunter Harrison, President and CEO
935 de la Gauchetiere St. West
Montreal, Quebec H3B 2M9, Canada